Calvaneso v Calvaneso (2024 NY Slip Op 06503)

Calvaneso v Calvaneso

2024 NY Slip Op 06503

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

952 CA 23-01656

[*1]TINA CALVANESO, ALSO KNOWN AS TINA NUNEZ, PLAINTIFF-APPELLANT,
v
GENE CALVANESO, DEFENDANT-RESPONDENT. 

FERON POLEON, LLP, AMHERST (KELLY A. FERON OF COUNSEL), FOR PLAINTIFF-APPELLANT.
A. ANGELO DIMILLO, LOCKPORT, FOR DEFENDANT-RESPONDENT.
ANDREW J. DIPASQUALE, ROCHESTER, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Supreme Court, Erie County (Gerald J. Greenan, III, J.), entered August 30, 2023. The order, among other things, awarded defendant sole custody of the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court